SLG

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

August 12, 2026

**VIA ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

**Re.: *Vicente v. La Fuente Bailey Deli & Grocery Inc. et al.*, Case No. 1:26-cv-04354**

Dear Judge Cronan:

This firm represents the defendants in the above-referenced matter. We write pursuant to this Court's individual rules, Sec. 3(b), to request that the teleconference currently scheduled for August 20, 2026 at 10:30 be adjourned until after the mediation set to be conducted on September 24, 2026. We make this request to conserve litigation resources while the parties are actively working with a court-appointed mediator and have mediation scheduled on September 24, 2026.

This is the first request for an adjournment in the case. All counsel consent to this application. No other dates or deadlines will be affected by the granting of this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Lisa Skruck*

Lisa Skruck

The conference scheduled for August 20, 2026 is adjourned until October 1, 2026, at 11:00 a.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Dkt. 10.

SO ORDERED
August 13, 2026

JOHN P. CRONAN
United States District Judge