The request is granted. The parties shall submit their settlement papers and any other necessary information by October 28, 2026. All deadlines and conferences in this action, including the October 1, 2026 conference, are adjourned *sine die*.

SO ORDERED.
September 28, 2026

JOHN P. CRONAN
United States District Judge

CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

September 25, 2026

**STATUS REPORT – MOTION TO ADJOURN**

**BY ECF**
Honorable John P. Cronan, D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: Esmeralda Guerra Vicente v La Fuente Mexican Deli, et al.***
***Case No. 26-CV-4354 (JPC)***

Dear Judge Cronan,

We write on behalf of all parties to report the parties settled the above-referenced case during mediation. We respectfully ask the court to adjourn all deadlines and cancel the pretrial conference scheduled for October 1, 2026 *sine die* and order the parties to submit their settlement papers for approval within thirty (30) days.

Thank you for your consideration of this case.

Respectfully,
CILENTI AND COOPER, PLLC

By: ______________________
Peter Hans Cooper, Esq.

cc: All Counsel (Via ECF)