UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESMERALDA GUERRA VICENTE,

Plaintiff,

-v-

NATALIA M. CARDOSO, *et al.*,

Defendants.

---

26 Civ. 4354 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has received the parties' motion to approve their settlement in this case brought under the Fair Labor Standards Act. Dkt. 15 ("Motion"). The Court requires two clarifications from the parties before resolving the motion. First, the Settlement Agreement provides for a settlement payment of $47,500.00. Dkt. 15-1 ("Settlement Agreement") ¶ 4. It provides for "attorneys' fees and expenses, in the amount of one-third (1/3) of the settlement after reimbursement for the filing fee ($400.00) and service fee ($187.50)." *Id.* The parties' motion also indicates that the settlement amount is $47,500.00 and that two-thirds will be distributed to Plaintiff. Motion at 4. But it says that Plaintiff's attorneys "will receive $8,112.50 (one-third net costs) in satisfaction of attorneys' fees," and that "[c]osts are $592.50 for reimbursement of the District Clerk's filing fee and service of process fees." *Id.* The $592.50 figure in the motion is slightly different from the $587.50 in costs listed in the Settlement Agreement. More importantly, one-third of the settlement net of either cost figure is approximately $15,636, not $8,112.50.

Second, the Motion and Settlement Agreement differ on the timing of dismissal. The Settlement Agreement supposes that the Court will dismiss the action first. The Settlement Agreement "is made conditional upon a fully executed Stipulation of Dismissal with Prejudice as

against Defendants in the form attached hereto as **Exhibit A**, and approval of this Agreement and dismissal of the Civil Action by the Court." Settlement Agreement ¶ 3. "If the Court fails to approve the Agreement and/or *fails to dismiss the Civil Action with prejudice as contemplated by this Agreement*, this Agreement shall be null and void *ab initio*." *Id.* (emphasis added). The Motion, however, askes the Court "to approve the settlement and order the parties to file a dismissal of the case with prejudice promptly upon receipt of the first payment." Motion at 2. In addition, neither of the proposed stipulations of dismissal the parties have submitted are signed. *Id.* at 8-9; Settlement Agreement at 11.

Accordingly, by November 4, 2026, the parties shall submit a joint letter stating the amount of attorneys' fees and costs to be paid to Plaintiff's counsel under the Settlement Agreement and advising the Court whether they request that the action be dismissed upon approval of the Settlement Agreement. If appropriate, the parties may submit a revised settlement agreement at that time. The parties shall attach their proposed stipulations of dismissal, signed by counsel for all parties.

SO ORDERED.

Dated: October 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge